```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| TIERONE BANK, a United States Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:07CV3199 |
| v. | ) ) | |
| HARTFORD FIRE INSURANCE COMPANY, a Connecticut Corporation, | ) ) ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

The parties' joint motion for continuance, filing no. 42, is granted in part, and

1. Trial is continued to February 9, 2009 at 9:00 a.m. before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week. Jury selection will be held at commencement of trial.

2. The pretrial conference is continued to January 16, 2009 at 1:00 p.m. in the chambers of the undersigned magistrate judge.

DATED this 20th day of November, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge