IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIERONE BANK, a United States Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:07CV3199 |
| V. | ) ) | |
| HARTFORD FIRE INSURANCE COMPANY, a Connecticut Corporation, | ) ) ) ) | ORDER |
| Defendant. | ) ) | |

Upon the joint oral motion of the parties,

IT IS ORDERED:  The deadline for disclosing each party's respective listing of trial exhibits is continued from December 1, 2008 to January 9, 2009.

DATED this 25th day of November, 2008.

BY THE COURT:

S/ *David L. Piester*
David L. Piester
United States Magistrate Judge